Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JAN GEVAERT,<br><br>　　　　　Defendant. | Case No. 6:19-po-00274-JDP<br><br>**MOTION TO DISMISS CITATION 6577459, TO ALLOW FIXED-SUM PAYMENT IN LIEU OF APPEARANCE FOR CITATIONS 6577550 AND 6577547, AND TO VACATE NOVEMBER 6, 2019 INITIAL APPEARANCE; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice of Citation Number 6577459 and to allow a fixed sum payment in lieu of appearance for Citations Number 6577550 and Citation Number 6577547. The parties have reached a resolution in this matter wherein the Government will move to dismiss Citation Number 6577547 and Defendant will pay a $250 fine on Citation Number 6577550 and a $250 fine on Citation Number 6577547 plus a processing fee of $30 on each citation for a total of $560. Payment shall be made to the Central Violations Bureau within 30 days. Additionally, the parties agree that the November 6, 2019 hearing may be vacated.

.

　　Dated: November 4, 2019　　　　　　　　NATIONAL PARK SERVICE
　　　　　　　　　　　　　　　　　　　　　　 /S/ Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　　　Legal Officer

1

ORDER

Upon application of the United States, good cause having been shown therefor, I order the following in the above-referenced matter, *United States v. Gavaert*, 6:19-po-00274-JDP:

1. Citation Number 6577549 is dismissed, without prejudice, in the interest of justice.
2. A fixed-sum payment in lieu of appearance is permitted for Citation Number 6577550 and Citation Number 6577547. The Defendant shall pay a $250 fine plus a $30 processing fee on each citation for a total payment of $560. Payment shall be made to the Central Violations Bureau within 30 days of the date of this order.
3. The initial appearance currently scheduled for November 6, 2019 is vacated.

IT IS SO ORDERED.

Dated: November 5, 2019

UNITED STATES MAGISTRATE JUDGE